UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Steven C. Mannion |
| v. | : Mag. No. 13-6035 (SCM) |
| JOHN EDWARD STEVENS | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Melissa M. Wangenheim, Assistant United States Attorney), and defendant John Edward Stevens (Lorraine Gauli-Rufo, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including March 2, 2015 to allow the parties to conduct plea negotiations and nine prior continuance orders having been entered by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties can attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are underway, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendants in a speedy trial.

IT IS, therefore, on this 20 day of 11/20 2014

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including March 2, 2015; and it is further

ORDERED that the from the date this order is signed through and including March 2, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STEVEN C. MANNION
United States Magistrate Judge

13-6035

Form and entry consented to:

Melissa Wangenheim
Assistant United States Attorney

Zach Intrater
Deputy Chief, General Crimes Unit

Lisa M. Colone
Deputy Chief, Criminal Division

Lorraine Gauli-Rufo
Counsel for John Edward Stevens